**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2526**

———————————

RICKY HILL,

                                        Plaintiff - Appellant,

        versus

DIANE R. NOVACK-HILL,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, District Judge. (CA-96-35-2-BO)

———————————

Submitted:  January 23, 1997        Decided:  January 29, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ricky Hill, Appellant Pro Se.  Diane R. Novack-Hill, Appellee Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing for lack of jurisdiction his civil action seeking a standard paternity test in an effort to overturn a state court child support order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hill v. Novack-Hill</u>, No. CA-96-35-2-BO (E.D.N.C. Oct. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>